UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY M. CHIECHI,

                    Plaintiff,

      -v-

CATHOLIC HEALTH OF LONG ISLAND,

                    Defendant.

22 CV 10937 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff Gary Chiechi, proceeding *pro se,* brings this action against Catholic Health of Long Island. Per his submissions, the Plaintiff is a resident of Suffolk County, which is also where Catholic Health of Long Island is located. Plaintiff's grievance also arises from actions that allegedly occurred at Catholic Health of Long Island. Plaintiff has alleged no actions pertaining to this action that occurred within this judicial district. *See* 42 U.S.C. § 2000e-5(f)(3).

    Plaintiff shall file a letter with the Court by January 25, 2023, showing cause why this action should not be transferred to the Eastern District of New York, the judicial district in which Suffolk County is located. If no sufficient submission is received, this action will be transferred to the Eastern District.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* party.

    SO ORDERED.

Dated: January 4, 2023
       New York, New York

                                            J. PAUL OETKEN
                                       United States District Judge